UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dale Heitzman,<br><br>Plaintiff,<br><br>vs.<br><br>Brachfeld Law Group, P.C., *a foreign professional corporation*,<br><br>Defendant. | CIVIL FILE NO.: 11-CV-134 (JNE/LIB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, by and through its undersigned counsel hereby dismisses its Complaint against Defendant with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

**MARSO AND MICHELSON, P.A.**

Dated: March 14, 2011    By:   s/Patrick L. Hayes
Patrick L. Hayes (0389869)
Attorneys for Plaintiff
3101 Irving Avenue South
Minneapolis, Minnesota 55408
Telephone: 612-821-4817
phayes@marsomichelson.com