# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dale Heitzman, | CIVIL FILE NO.: 11-CV-134 (JNE/LIB) |
| Plaintiff, | |
| vs. | **ORDER** |
| Brachfeld Law Group, P.C., *a foreign professional corporation*, | |
| Defendant. | |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: 3-15-2011

s/ Joan N. Ericksen
Joan N. Ericksen
United States Judge